against JAMES E. FINEGAN and Others. WALTER M. BOUGHTON.— Motion for leave to appeal to the Court of Appeals and for a stay granted; motion for reargument denied. [See 253 App. Div. 876.] Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

C. I. T. CORPORATION v. CENTRAL HANOVER BANK & TRUST COMPANY OF NEW YORK and FEDERAL RESERVE BANK OF NEW YORK and Another.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See 253 App. Div. 884.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See post, p. 557.]

THE WESTHOME SECURITY CORPORATION v. THE NATIONAL CITY BANK OF NEW YORK and THE NEW YORK TRUST COMPANY. SANITENE PRODUCTS, INC., and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN F. GUSH for an Order against LEWIS J. VALENTINE, Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LAWRENCE TERRY v. WILLIAM M. WILLIAMS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and defendant's time to appear extended to five days after service of order with notice of entry thereof. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE WESTHOME SECURITY CORPORATION v. THE NATIONAL CITY BANK OF NEW YORK and THE NEW YORK TRUST COMPANY. SANITENE PRODUCTS, INC., and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE WESTHOME SECURITY CORPORATION v. THE NATIONAL CITY BANK OF NEW YORK and THE NEW YORK TRUST COMPANY. SANITENE PRODUCTS, INC., and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

NAT GREENBAUM v. HARRY STONE and Others.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE CITY OF NEW YORK v. BROOKLYN BUS CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

TURNER CONSTRUCTION COMPANY v. MARCUS CONTRACTING COMPANY, INC., and HARRY N. FRENCH.—.Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

C. I. T. CORPORATION v. CENTRAL HANOVER BANK & TRUST COMPANY OF NEW YORK and FEDERAL RESERVE BANK OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See 253 App. Div. 884.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See ante, p. 557.]

LAWYERS TRUST COMPANY, Heretofore Known as LAWYERS COUNTY TRUST COMPANY, and COUNTY TRUST COMPANY OF NEW YORK v. ALFRED HORN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.